MJSTAR Reporting:INITIAL APPEARANCE, Length of Hearing (minutes): _____
ARRAIGNMENT, Length of Hearing (minutes): __15 m.__

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs.   CASE NO:   4:15CR00140-04 JM
Indictment

Tara Long

FILED
U S DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 21 2015
JAMES W. McCORMACK CLERK
By:_____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: __7/21/2015__        Deft is ____ is not __✓__ in custody
Continued Until:_____        ____ Deft did not appear
Reason for continuance_____        ____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Julie Peters**
Defense Counsel: __Blake Byrd__                    (**Appointed**/ Retained)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT    )    CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty __X__                    )    Not Guilty _____ )
Guilty (indicates desire)_____    )    Guilty _____ )
Nolo Contendere (desire)_____    )    Nolo Contendere (_____ )

__X__ Demands Trial by Jury              ____ Waives Jury Trial
                                          Deft agrees_____
                                          Govt agrees_____

### BAIL

Bail Set at: __OR__          By: __JTR__          Date: __July 21 2015__
__In-patient drug treatment followed by chemical free living__

Bail Changed to:_____  By:_____  Date:_____

Number of Days estimated for Trial: **5 days**.
Estimated Trial Date: **8/24/2015 @ 9:15 a.m., before the Honorable Judge James M. Moody Jr. in Room 4A. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other:_____

DATE: __7/21/2015__      SO ORDERED:_____
                              U.S. MAGISTRATE JUDGE