UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
OCT - 4 2016
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____
      DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 4:15CR00140-4 JM |
| v. ) | |
| ) | 21 U.S.C. § 846 & § 841(b)(1)(C) |
| TARA LONG ) | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One

Beginning in our about June 2013, and continuing through in or about June 2015, in the Eastern District of Arkansas, and elsewhere,

**TARA LONG,**

defendant herein, conspired and agreed with GERARDO IRIANTE, aka ED, and DAVID EDUARDO VERDUZCO, to knowingly and intentionally possess with intent to distribute a detectable amount of methamphetamine, a Schedule II Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Sections 846 & 841(b)(1)(C).

Respectfully Submitted,

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

BY: JULIE PETERS
AR Bar No. 2000109
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas  72203
501-340-2600
julie.peters@usdoj.gov

1